Polish Roman Catholic Union of America, appellee, v. Walter Doenges et al., defendants. Marion Marvin, appellant.

Marion Marvin, individually and as administrator of the estate of Teodor Zamiara, deceased, appellant, v. Polish Roman Catholic Union of America and City of Chicago, appellees. Gen. No. 38,633.

Opinion filed February 9, 1937. Rehearing denied February 23, 1937.

John E. McCoy, for appellant; Richard T. Tobin and Henry P. Heizer, of counsel. Chester J. Dankowski, for certain appellee; Joseph F. Elward, of counsel. Barnet Hodes, Corporation Counsel, Joseph F. Grossman and Arthur A. Sullivan, Assistant Corporation Counsel, for certain other appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Edward J. Morrissey and Marie S. Morrissey, appellees, v. Bessie Luhan, appellant. Gen. No. 38,791.

Opinion filed February 9, 1937.

Joseph G. Porter and Arthur Abraham, for appellant. Gilmore, Hendricks & Cullen, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

James M. Harris, appellant, v. Melville J. Kolliner et al., appellees. Gen. No. 38,922.

Opinion filed February 9, 1937. Rehearing denied February 23, 1937.

Joseph E. Snowden and Heber T. Dotson, for appellant; Heber T. Dotson, of counsel. Benjamin F. Cohn, for appellees; Sidney D. Missner, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.